1

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com

2

**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715

3

E-mail: dsniegocki@hkm.com

4

**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300

5

Las Vegas, Nevada 89104
Tel: (702) 805-8340

6

Fax: (702) 805-8340

7

*Attorneys for Plaintiff*

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

EDDIE DUTCHOVER, an Individual,

**CASE NO.: 2:19-CV-01905-KLD-BNW**

12

Plaintiff,

13

vs.

14

MOAPA BAND OF PAIUTE INDIANS,

**STIPULATION AND ORDER**
**EXTENDING TIME TO FILE**

15

MOAPA TRIBAL COUNCIL, AND
MOAPA TRIBAL ENTERPRISES,

**RESPONSE IN OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS**

16

collectively, "Moapa defendants", VICKIE
SIMMONS, TYLER SAMSON,

**(FIRST REQUEST)**

17

GREGORY ANDERSON, URAL BEGAY,

18

LESLIE BRADLEY, DARREN DEBODA,
DELAINE BOW, SAMANTHA LEE, a

19

Corporation, DOES 1-50, inclusive and
ROE CORPORATIONS 1-50, inclusive,

20

21

Defendants.

22

Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate and

23

agree to the following:

24

1. Defendants filed their Motion to Dismiss (ECF No. 28) on November 12, 2020.

25

2. A Response in Opposition to Defendants' Motion is due to be filed and served on

26

November 27, 2020.

27

28

3. Plaintiffs' counsel's office will be closed in observance of the upcoming

Thanksgiving holiday beginning noon on November 25, 2020 and will reopen on November 30, 2020.

4. Plaintiff's counsel is set to appear in an arbitration on December 3, 2020 before the Eighth Judicial District Court in Clark County, Nevada in another matter.

5. In order to accommodate Plaintiff's counsel's schedule, the parties hereby stipulate and agree to a thirteen-day extension of time for Plaintiff to file his Response in Opposition to Defendants' Motion to Dismiss.

6. Accordingly, Plaintiff will file his Response in Opposition to Defendants' Motion to Dismiss on or before **December 10, 2020**.

7. This request for an extension of time is submitted in good faith to accommodate Plaintiff's counsel schedule and, accordingly, is not made for the purpose of delay.

///

///

///

///

///

///

///

///

///

///

///

///

Dated:  Monday, November 16, 2020

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Jenny L. Foley*
Jenny L. Foley (Bar no. 9017)
Dana Sniegocki (Bar no. 11715)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 805-8340
Email:  jfoley@hkm.com
Email: dsniegocki@hkm.com
*Attorneys for Plaintiff*

Dated:  MONDAY, NOVEMBER 16, 2020

**ZIONTZ CHESTNUT**

*/s/ Brian W. Chestnut*
Brian W. Chestnut, WA Bar #23453
Beth Baldwin, WA Bar #46018
Anna E. Brady, WA Bar #54323
Admitted pro hac vice
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
Email:  bchestnut@ziontzchestnut.com
Email:  bbaldwin@ziontzchestnut.com
Email:  abrady@ziontzchestnut.com
Telephone: (206) 448-1230
Facsimile: (206) 448-0962
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   11/17/2020