Christopher W. Mixson
Nevada Bar #10685
Of Counsel
Kemp Jones, LLP
3800 Howard Hughes Parkway
Wells Fargo Tower, 17th Floor
Las Vegas, NV 89169
(702) 385-6000
c.mixson@kempjones.com

Brian W. Chestnut, WA Bar #23453 (*admitted pro hac vice*)
Beth Baldwin, WA Bar #46018 (*admitted pro hac vice*)
Anna E. Brady, WA Bar #54323 (*admitted pro hac vice*)
ZIONTZ CHESTNUT
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 | Phone
bchestnut@ziontzchestnut.com
bbaldwin@ziontzchestnut.com
abrady@ziontzchestnut.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eddie Dutchover,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Moapa Band of Paiute Indians, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-01905-KJD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

　　　Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate and agree to the following:

　　　1.　Defendants filed a motion to dismiss on November 12, 2020 (ECF 28).

　　　2.　On December 16, 2020, the parties filed a stipulation to allow Defendants to file a reply brief supporting the motion to dismiss on December 30, 2020 (ECF 40).

　　　3.　In that same stipulation, the parties proposed that the Court modify the schedule for submitting a discovery plan under LR 26-1(a) to allow the parties to confer within seven days of

the ruling on the pending motion to dismiss and to present a discovery plan to the Court within 14 day of the ruling on the motion to dismiss. (ECF 40 ¶ 13).

4. The Court approved this stipulation on January 11, 2021. (ECF 45).

5. On April 7, 2021, the Court entered a minute order for the parties to file a proposed discovery plan and scheduling order ("DPSO") by April 21, 2021. (ECF 48).

6. On April 8, 2021, the parties filed a stipulation seeking to modify the schedule set forth by the minute order, to allow the parties to confer within seven days of the ruling on the pending motion to dismiss and to present a discovery plan to the Court within 14 day of the ruling on the motion to dismiss. (ECF 49).

7. The Court has also scheduled an early neutral evaluation ("ENE") session for May 4, 2021 before Magistrate Judge Youchah, with confidential ENE statements due April 27, 2021. (ECF 47).

8. Briefing on the motion to dismiss has been completed, with Plaintiff filing their response brief on December 10, 2020 (ECF 37) and Defendants filing their reply brief on December 30, 2020 (ECF 42).

9. It is likely that the pending Motion to Dismiss will not be decided by the date set for the ENE.

10. Because the pending motion seeks to dismiss all claims against all Defendants, until the motion is decided the parties will not know which defendants or claims, if any, will remain in the case to be evaluated on the merits. Thus, it would be inefficient have the ENE involving all claims and all defendants at this time.

11. Furthermore, because the Court approved and adopted the parties' stipulation on January 11 that the parties' discovery plan shall be presented to the Court within 14 days of the

1  Court's ruling on the pending Motion to Dismiss, ECF 45, and the parties seek to reestablish that
2  schedule, *see* ECF 49, no discovery has taken place and the parties have not yet conferred to
3  develop a DPSO.

4      12.    For efficiency, the parties propose to postpone the ENE until after the Court makes
5  its ruling on the Motion to Dismiss.

6      13.    This is the first request by the parties to extend the date set for the ENE.

7      14.    This request for a continuance is submitted in good faith and, accordingly, is not
8  made for the purpose of delay.

9      PROPOSED SCHEDULE

10      15.    The parties stipulate, agree and propose that ENE shall be postponed until 30 days
11  after the Court makes its ruling on the Motion to Dismiss, at the convenience of the Court, and the
12  deadline for the Court to receive the ENE statements from the parties' counsel shall be continued
13  and rescheduled to be due one week before the rescheduled ENE.

14  Dated: April 12, 2021                                Dated: April 12, 2021

| HKM EMPLOYMENT ATTORNEYS LLP | KEMP JONES |
|---|---|
| */s/ Dana Sniegocki* | |
| Jenny L. Foley (Bar no. 9017) | Christopher W. Mixson |
| Dana Sniegocki (Bar no. 11715) | Nevada Bar #10685 |
| 1785 East Sahara, Suite 300 | 3800 Howard Hughes Parkway |
| Las Vegas, Nevada 89104 | 17th Floor |
| Telephone: (702) 805-8340 | Las Vegas, NV 89169 |
| Facsimile: (702) 805-8340 | Phone: (702) 385-6000 |
| Email: jfoley@hkm.com | Fax: (702) 385-6001 |
| Email: dsniegocki@hkm.com | Email: c.mixson@kempjones.com |

*Attorneys for Plaintiff*

ZIONTZ CHESTNUT

*/s/ Beth Baldwin*
Brian W. Chestnut, WA Bar #23453
Beth Baldwin, WA Bar #46018
Anna E. Brady, WA Bar #54323
2101 Fourth Avenue, Suite 1230
Seattle, WA  98121
Phone: (206) 448-1230
Fax: (206) 448-0962
Email: bchestnut@ziontzchestnut.com
            bbaldwin@ziontzchestnut.com
            abrady@ziontzchestnut.com

*Attorneys for Defendants*

**ORDER**

**IT IS HEREBY ORDERED that the Stipulation and Order to Continue Early Neutral Evaluation (ECF No. 50) is GRANTED.**

**IT IS FURTHER ORDERED that the ENE scheduled for May 4, 2021 is hereby VACATED based on the request of the parties.**

**IT IS FURTHER ORDERED that the parties to this matter are to file a notice with the undersigned U.S. Magistrate Judge within five court days of the decision issued on the pending Motion to Dismiss <u>if dismissal of all claims is not granted</u>.  The Notice shall identify three dates on which the parties are available to attend the ENE.  The dates shall be within 60 days of the Court's order regarding the Motion to Dismiss.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  April 13, 2021**

STIPULATION AND ORDER TO
CONTINUE EARLY NEUTRAL
EVALUATION - 4